UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DONNA MIDYETT, | Civil No. C20-6033-SKV |
| Plaintiff, | |
| vs. | ORDER REVERSING COMMISSIONER'S DECISION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to further develop the record, offer the claimant the opportunity for a new hearing, and issue a new decision. The ALJ will consider all medical opinions and testimonial evidence of record; reassess the claimant's residual functional capacity; and obtain updated vocational expert evidence to assess whether the claimant could perform other jobs in the national economy. Upon proper presentation, Plaintiff may be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 7th day of July 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Page 1        ORDER - [C20-6033-SKV]

1

2

Presented by:

3

s/ David J. Burdett
4
DAVID J. BURDETT
Special Assistant United States Attorney
5
Office of the General Counsel
Social Security Administration
6
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
7
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
8
david.burdett@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24